SCANNED at BCF and Emailed on

_9/1/23_ by _Pm_ - _9_ pages.
(date)    (initials)   (num)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. _NEATLY_ print in ink (or type) your answers.]

Timothy WAYNE Whitesell

[You are the **PLAINTIFF**, print your full name on this line.]

Case No. _3:23-cv-140-RLY-MJD_

[For a new case in this court, leave blank. The court will assign a case number.]

v.

FAYETTE Co. JAil (SheriFFs Dept)

[The **DEFENDANT** is who you are suing. Put _ONE_ name on this line. List _ALL_ defendants below, including this one.]

**FILED**

09/01/2023

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is _VERY IMPORTANT_ that you include it on _everything_ you send to the court for this case. _DO NOT_ send more than one copy of anything to the court.]

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] SheriFFs Dept. | 123 W. 4th St. CoNNERSville, IN 47331 |
| 2 | [Put the names of any other defendants in these boxes.] SheriFF Depty Tyler GAy | 123 W. 4th St. CoNNERSville, IN 47331 |
| 3 | JAil CommaNdeR LeNard BAkeR | 123 W. 4th St CoNNERSville, IN 47331 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant _in a separate box_ as shown here.]

1. How many defendants are you suing? _3_

2. What is the name and address of your prison or jail? _BraNchuille CorrectioNal BCF - IDOC 21390 Old State Rd 37 BraNchuille, IN 47514_

3. Did the event you are suing about happen there? ○ Yes. ⊗ No, it happened at: _JAilhouse_

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

in Fayette Co- Connersville, IN

4. On what date did this event occur? MARCH 27th 2022

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Timothy WAYNE Whitesell WAS in the Fayette Co. JAil when sheriff Deputy Tyler Gay verbally then physically Assault me. Deputy Tyler Gay came into my cell calling me A piece of shit, white trash, and starting pushing me. Deputy Gay pushed me several times then knocking my book And papers out of my hand. Deputy Tyler Gay And myself exchange some words then i proceed to get down on my knees to pick my book & papers up. Thats when Deputy Tyler Gay kicked me in my face with steel toe boots crushing my eyesocket. My eye WAS hanging out of my head. I Now suffer from major head trauma And seizures Am on KEPRA for my seizures have had 4 since this incident.

Claims and Facts (continued)

2. ~~LENAR~~ LEONARD BAKER WAS Jail Commander
At that time And Stood Right outside of
my CELL while his ~~Dept~~ Deputy Tyler Gay Assaulted
ME And did absolutly Nothing to Stop it.

3. Sheriffs Dept of Fayette Co. WAS Suppose
to protect ME And they didn't i WAS Also
Assaulted by 2 inmate while inside the Fayette C.
jail And suffered A broken Nose on one of
the Assaults.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

5. When did this event happen?

    ⭕ Before I was confined.

    ⊗ While I was confined awaiting trial.

    ⭕ After I was convicted while confined serving the sentence.

    ⭕ Other: _____

6. Have you ever sued anyone for this exact same event?

    ⊗ No.

    ⭕ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
        case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ⭕ No, this
   event is not grievable at this prison or jail.

    ⭕ Yes, I filed a grievance and attached is a copy of the response from the final step.

    ⭕ Yes, this event was grievable, but I did not file a grievance because _I WAS_
_Medically O.R'd And taken to Methodist Hospital_
_in Indianapolis the Same Day_

8. If you win this case, what do you want the court to order the defendant(s) to do?

    *[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

_Pay my Medical Bilk, And pay for Mental Anguish_
_Suffering & Head trauma      etc._

[Initial Each Statement]

_____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I WILL NOT send more than one copy of any filing to the court.

_____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

_Timothy Whitesell_ _____       _163001_ _____

Signature                                              Prisoner Number

       240 (Rev. 7/10) (INND Rev. 8/16)

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*