UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE WHITESELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00140-RLY-CSW |
| | ) | |
| TYLER GAY Sheriff Deputy, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Timothy Wayne Whitesell has abandoned this action due to his failure to update his address. The Court previously warned Mr. Whitesell that if he did not update his address by February 28, 2025, the Court would dismiss this action without further warning. Dkt. 39. He has failed to comply with that deadline. Accordingly, this case **is DISMISSED for failure to prosecute**. Final judgment shall now issue.

**IT IS SO ORDERED.**

Date: 3/04/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY WAYNE WHITESELL
163001
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

All Electronically Registered Counsel