UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE WHITESELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00140-RLY-CSW |
| | ) | |
| TYLER GAY Sheriff Deputy, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: __3/04/2025__

Kristine L. Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY WAYNE WHITESELL
163001
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

All Electronically Registered Counsel